## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

LEMICHAEL DaSHAUN WILSON, individually as the
surviving son and next of kin of LaJuanese D. Wilson Trannon,

Plaintiff,

vs.

CITY OF MEMPHIS, TENNESSEE, a municipal entity; and,

LIEUTENANT ARTTERACE TINSON, individually and in his
official capacity as a police officer with the Memphis Police
Department,

Defendants.

**RECEIVED**

MAR 2 4 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.     Previous Lawsuits
   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No **( X )**

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiffs:      _____

         _____

         Defendants:      _____

         _____

      2.  Court (If federal court, name the district; if state court, name the county):

         _____

      3.  Docket Number:     _____

      4.  Name of judge to whom case was assigned: _____

      5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

         _____

      6.  Approximate date of filing lawsuit:    _____

1

7.  Approximate date of disposition: _____

II.    Place of Present Confinement:        **Not Applicable**
       A.  Is there a prisoner grievance procedure in the institution?        Yes ( )  No ( )
       B.  Did you present the facts relating to your complaint in the state
           prisoner grievance procedure?                                      Yes ( )  No ( )
       C.  If your answer is Yes:
           1.  What steps did you take? _____
           2.  What was the result? _____
       D.  If your answer is No, explain why not: _____

III.   Parties
       (In item A below, place your name in the first black and place your present address in the second
       blank. Do the same for additional plaintiffs, if any.)

       A.  Name of Plaintiff:
           Lemichael D. Wilson
           936 Kelley Circle East
           Memphis, Tennessee 38111

           (In item B below, place the full name of the defendant in the first blank, his official position
           in the second blank, and his and his place of employment in the third blank. Use Item C for
           the names, positions, and places of employment of an additional defendants.)

       B.  Name of Defendant:
           City of Memphis
           City Attorney's Office – Law Division
           125 North Main Street, Suite 336
           Memphis, Tennessee 38103

           Additional Defendant:
           Artterace Tinson (#12348), is employed as a Second Lieutenant with the Memphis Police
           Department

IV.    Statement of Claim
       State here as briefly as possible the facts of your case. Describe how each defendant is involved.
       Include also the names of other persons involved, dates, and places. Do not give any legal
       arguments or cite any cases or statutes. If you intend to allege a number of related claims,
       number and set forth each claim in a separate paragraph. Use as much space as you need.
       Attach extra sheet if necessary.

       *I, Lemichael D. Wilson, bring this claim regarding the unauthorized use of my deceased
       mother's personal cell phone and the mishandling of her welfare and dignity by first
       responders and law enforcement. On July 1, 2025, I requested a wellness check; at 1:01
       p.m., Officer Wilson of the Memphis Police Department informed me my mother was found
       unresponsive. On July 3, 2025, Google Photos notifications on her phone revealed two
       photographs taken by a first responder depicting her undressed, deceased body with EMT
       electrode pads attached. I reported this to city and federal officials and filed a complaint with*

*the Memphis Police Department's Inspectional Services Bureau, which concluded the investigation on September 12, 2025. My FOIA request was subsequently denied, and on December 10, 2025, edited body camera footage showed Lieutenant Tinson taking the photos and attempting to delete them. The Bureau ultimately determined the allegations were "not sustained."*

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff.

B. Award compensatory damages.

C. Award punitive damages against Defendant Tinson.

D. Award litigation costs.

E. Declare Defendants' actions unconstitutional.

F. Order preservation of all evidence, including body-camera footage, investigative files, and metadata.

G. Award reasonable attorney's fees under **42 U.S.C. § 1988**.

H. Grant such other and further relief as the Court deems just and proper.

VI.  Jury Demand

I would like to have my case tried by a jury. **Yes ( X )** No ( ).


I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.


Signed this eighteenth day of March, 2026.

Lemichael D. Wilson, Plaintiff Pro Se
936 Kelley Circle East, Memphis Tennessee 38111
901.330.8390
lemichaelwilson@gmail.com

3