**AGREEMENT TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)**

**RECEIVED**

**NOTE:** This Form Does Not Authorize Electronic Filing.

MAR 24 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

RE: _____ (case number)

By my signature and submission of a valid e-mail address, I agree to accept Notice(s) of Electronic Filing from the United States District Court, Western District of Tennessee.

LEMICHAEL DA SHAUN WILSON

Printed name

lemichaelwilson @ gmail. com

Email address (Please PRINT)

Signature

If the NEF is returned as undeliverable, this agreement is null and void, and future documents will be mailed via U.S. Postal Service by Clerk's office upon notification of the undeliverable e-mail.